**No. 69779.**—Kelvin and Hughes America Corp. *v.* United States, protests 62/5255, 62/5256, and 62/5257 (Baltimore).

Opinion by Ford, J.   In accordance with stipulation of counsel that the merchandise consists of echo-sounding equipment or essential parts thereof dedicated to use therewith, in chief value of metal, similar in all material respects to those the subject of *Kelvin & Hughes America Corp.* v. *United States* (53 Cust. Ct. 21, C.D. 2468), the claim of the plaintiff was sustained.

Before the Second Division, February 10, 1966

**No. 69780.**—Tor, Inc. *v.* United States, protests 58/17975–10170, 62/10019–12587, and 61/4460–11980 (Chicago).

Opinion by Rao, C.J.   In accordance with stipulation of counsel that the merchandise consists of brass pole ends similar in all material respects to those the subject of *J. C. De Jong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiff was sustained.